UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| LIFEBACK RECOVERY CENTER, PLLC, on behalf of plaintiff and the class members defined herein, <br><br> PLAINTIFF, <br><br> v. <br><br> PHARMACY ASSOCIATES, INC., doing business as COMPRECARE PHARMACY 1308 4th Avenue Huntington, West Virginia 25701 and JOHN DOES 1-10, <br><br> DEFENDANTS | CASE NO.: 3:19-cv-295-RGJ |

## AMENDED STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, LifeBack Recovery Center, PLLC, and Defendant, Pharmacy Associates, Inc., doing business as Comprecare Pharmacy, by and through their respective undersigned counsel, hereby stipulate and agree that Plaintiff's individual claims shall be DISMISSED **WITHOUT** PREJUDICE. The parties further agree that the putative class claims and allegations asserted in this matter shall be dismissed without prejudice. Each party will bear its own costs, expenses and attorneys' fees.

*/s/ Dulijaza Clark  (with permission)*
Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
20 S. Clark Street, Ste. 1500
Chicago, IL 60603
dedelman@edcombs.com
jclark@edcombs.com
(312) 739-4200
(312) 419-0379 (fax)
*(pro hac vice pending)*
*Co-Counsel for Plaintiff,*
*LifeBack Recovery Center, PLLC*


*/s/ Donald L. Miller, II*
Donald L. Miller, II
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
9300 Shelbyville Road, Ste. 400
Louisville, KY 40222
dmiller@qpwblaw.com
(502) 423-6390
(502) 423-6391 (fax)
*Counsel for Defendant,*
*Pharmacy Associates, Inc.*


## **CERTIFICATE OF SERVICE**

I do hereby certify that on **January 19, 2021**, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system.


                                           */s/ Julie C. Foster*
                                           Julie C. Foster